[No. 3894-1.   Division One.   October 18, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JOAN E. BREWER, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 71046, Herbert M. Stephens, J., entered May 22, 1975. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, J., and Howard, J. Pro Tem.